# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | **)** | **No. ACM 39869** |
| | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | **ORDER** |
| | **)** | |
| **Brandon C. CSADY** | **)** | |
| **Staff Sergeant (E-5)** | **)** | |
| **U.S. Air Force,** | **)** | **Special Panel** |
| **Applicant** | **)** | |

Judgment was entered in Applicant's general court-martial on 23 December 2019. Applicant then sought review under Article 69(c), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 869(c), *Manual for Courts-Martial, United States* (2019 ed.). On 12 August 2020, The Judge Advocate General denied relief, finding "no error prejudicial to the substantial rights of the Applicant."

We have reviewed the action taken by The Judge Advocate General in this case and the Application for Grant of Review timely submitted to this court under Article 69(d)(1)(B), UCMJ, 10 U.S.C. § 869(d)(1)(B), dated 9 October 2020.[*] The court determines the application has not demonstrated a substantial basis for concluding that the action under review constituted prejudicial error. Article 69(d)(2)(A), UCMJ, 10 U.S.C. § 869(d)(2)(A).

Accordingly, it is by the court on this 30th day of September, 2021,

**ORDERED:**

The Application for Grant of Review is **DENIED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

[*] The court docketed the application for review on 9 October 2020, and, on 8 December 2020, granted Applicant's motion for leave to file a supplemental brief. On 30 March 2021, the court accepted the supplemental brief.